Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ANN SHEEHAN,

                Defendant.

No. CR18-30RAJ

ORDER GRANTING MOTION
TO SEAL EXHIBITS A
THROUGH E TO
DEFENDANT'S SENTENCING
MEMORANDUM

      THIS MATTER has come before the undersigned on the motion of defendant, Ann Sheehan, to file Exhibits A through E to Defendant's Sentencing Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the documents under seal.

      IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #17) is GRANTED. Exhibits A through E to Defendant's Sentencing Memorandum, filed under Dkt. #19, shall remain under seal.

      DATED this 22nd day of June, 2018.

_____
The Honorable Richard A. Jones
United States District Judge